UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL POTERE, <br><br> Defendant. | CR No. 17-446(A)-JFW <br><br> **F I R S T** <br><br> **S U P E R S E D I N G** <br><br> **I N F O R M A T I O N** <br><br> [18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(A): Unauthorized Access to a Computer to Obtain Information] <br><br> **[Class A Misdemeanor]** |

The United States Attorney charges:

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(A)]

On or about May 14, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHAEL POTERE intentionally accessed without authorization a computer, namely, a server hosting an e-mail account of victim D.L.F., and thereby obtained information from a protected computer, as that term

//
//
//

is defined in Title 18, United States Code, Section 1030(e)(2), namely, the contents of confidential documents belonging to victim D.L.F.

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime
    Section

JEFF MITCHELL
Assistant United States Attorney
Deputy Chief, Violent & Organized
    Crime Section